AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America, et al.<br>(See Addendum)<br><br>*Plaintiff(s)*<br>v.<br>INSYS Therapeutics, Inc., et al<br>(See Addendum)<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-07937-JLS-AJW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Linden Care, LLC                Linden Care Holdings, Inc.
　　　　　　　　　　　　　　　　　　C/O Corporation Service Company   Linden Care, Inc.
　　　　　　　　　　　　　　　　　　80 State Street                    C/O Corporation Service Company
　　　　　　　　　　　　　　　　　　Albany, New York, 12207-2543       251 Little Falls Drive
　　　　　　　　　　　　　　　　　　                                    Willmington, DE 19808

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Kolin C. Tang
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Shepherd, Finkelman, Miller, & Shah, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　11755 Wilshire Boulevard, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:　August 22, 2018　　　　　　　　　　　　　　　/s/ Evelyn Synagogue
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-07937-JLS-AJW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ADDENDUM

2:16-cv-07937-JLS-AJW

UNITED STATES OF AMERICA ex rel. MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,

    Relator-Plaintiff,

    v.

INSYS THERAPEUTICS, INC., LINDEN CARE LLC, LINDEN CARE, INC, LINDEN CARE HOLDINGS, INC.,
BELHEALTH INVESTMENT PARTNERS, LLC, BELHEALTH INVESTMENT MANAGEMENT, LLC, and BELHEALTH INVESTMENT FUND, LP

    Defendants.