JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 307-0136
    Facsimile:  (202) 307-3852
    E-mail:  david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>            Plaintiffs, | No. CV 13-5861 JLS (AJWx)<br><br>UNITED STATES OF AMERICA'S STATUS REPORT |

|  |  |
|---|---|
| v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15,<br><br>        Defendants. |  |
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH,<br><br>        Defendants. | No. CV 14-3488 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,<br><br>        Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>        Defendant. | No. CV 14-9179 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN,<br><br>        Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>        Defendant. | No. CV 16-2956 JLS (AJWx) |

2

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, <br><br> Defendants. | No. CV 16-7937 JLS (AJWx) |

Pursuant to this Court's Order filed on May 11, 2018 (Docket No. 69), plaintiff United States of America, by its attorneys, respectfully submits this status report to the Court and the parties in these consolidated actions.

On August 9, 2018, the United States advised the Court that it and defendant Insys Therapeutics, Inc. ("Insys") had reached a tentative settlement-in-principle, that the settlement-in-principle was subject to governmental and other approvals, and that the tentative agreement resolved material terms that had been the subject of ongoing settlement negotiations. The United States further advised the Court that, in the upcoming months, the parties, including the intervening State and other governmental entities and the relators, anticipated addressing various other related issues that were necessary to fully resolve these actions.

Since the filing of the last Status Report, the parties have, among other things, conducted further discussions regarding these issues and circulated drafts of a proposed

settlement agreement in these cases. Additionally, counsel for the government is aware that the United States Attorney's Office for the District of Massachusetts and the Department of Health and Human Services, Office of Inspector General, have discussed related criminal and administrative issues with Insys and have circulated draft settlement documents relating to such issues.

On May 2, 2019, a jury reached a verdict in the related criminal action in the District of Massachusetts, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016). *See, e.g.*, https://www.nytimes.com/2019/05/02/health/insys-trial-verdict-kapoor.html (last visited May 3, 2019).

Further, counsel for the government has also been advised by a prosecutor in the District of Nevada that the defendant in *United States v. Patel*, CR 17-114-VPC (D. Nev. Filed Dec. 6, 2017), is currently scheduled to be sentenced on May 7, 2019.

Additionally, counsel for the government has been advised by prosecutors handling *United States v. Freeman*, CR 18-00217-KMW (S.D.N.Y. filed Mar. 14, 2018), that trial in that case is currently set for November 2019.

At this time, the United States is evaluating whether a further stay of these actions is necessary and, if so, its duration. Following this evaluation, the United States will file a further status report, no later than 90 days after the filing of this report.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: May 6, 2019 | JOSEPH H. HUNT |
| 2 | | Assistant Attorney General, Civil Division |
| | | NICOLA T. HANNA |
| 3 | | United States Attorney |
| | | DAVID M. HARRIS |
| 4 | | Chief, Civil Division |
| | | DAVID K. BARRETT |
| 5 | | Chief, Civil Fraud Section |
| | | ABRAHAM C. MELTZER |
| 6 | | Deputy Chief, Civil Fraud Section |
| | | Assistant United States Attorneys |
| 7 | | MICHAEL D. GRANSTON |
| 8 | | PATRICIA L. HANOWER |
| | | DAVID T. COHEN |
| 9 | | Attorneys, Civil Division |
| | | United States Department of Justice |
| 10 | | /S/ John E. Lee |
| 11 | | _____ |
| | | JOHN E. LEE |
| 12 | | Assistant United States Attorneys |
| | | Attorneys for the United States of America |

5