Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
19712 MacArthur Blvd.
Irvine, CA 92612
Phone: (866) 540-5505
Fax: (866) 300-7367
kctang@millershah.com

*Counsel for Relator-Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>Relator-Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC., LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, | No. CV 16-7937 JLS (AJWx)<br><br>Hon. Josephine L. Staton<br><br>**STATUS REPORT OF RELATOR-PLAINTIFF MELINA EBU-ISAAC** |

| | |
|---|---|
| BEHEALTH INVESTMENT MANAGEMENT, LLC, and BELHEALTH INVESTMENT FUND, LP,<br><br>          Defendants. | |
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>          Plaintiffs,<br><br>          v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15,<br><br>          Defendants. | No. CV 13-5861 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,<br><br>          Plaintiffs,<br><br>          v.<br><br>INSYS THERAPEUTICS, INC.; ALEC | No. CV 14-3488 JLS (AJWx) |

2

| | |
|---|---|
| BURLAKOFF; and MICHAEL L. BABICH,<br><br>                    Defendants. | |
| UNITED STATES OF AMERICA *ex rel.*<br>TORGNY ANDERSSON,<br><br>                    Plaintiffs,<br><br>                v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>                    Defendant. | No. CV 14-9179 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.*<br>ALLISON ERICKSON and SARA LUEKEN,<br><br>                    Plaintiffs,<br><br>                v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>                    Defendant. | No. CV 16-2956 JLS (AJWx) |

Pursuant to this Court's Order filed on June 11, 2020 (Doc. No. 84), Relator-Plaintiff, Melina Ebu-Isaac ("Relator-Plaintiff"), by her attorneys, respectfully submits this status report to the Court and the parties in these consolidated actions.

Since the filing of Relator-Plaintiff's last status report on April 6, 2021, Magistrate Judge Sagar entered a Stipulated Protective Order on April 19, 2021. (Doc. No. 182).

On June 9, 2021, the Court entered an Order denying the Motion of BelHealth Investment Partners, LLC, BelHealth Investment Management, LLC, and BelHealth

Investment Fund, LP (collectively, "BelHealth") to Dismiss the Second Amended Complaint, and granting in part and denying in part the Motion of Linden Care LLC, Linden Care, Inc., and Linden Care Holdings, Inc. (collectively, "Linden Care") to Dismiss the Second Amended Complaint. (Doc. No. 185).

On June 21, 2021, Magistrate Judge Sagar entered a Stipulated Order Governing Discovery of Electronically Stored Information. (Doc. No. 190).

Pursuant to F. R. C. P. 12(a)(4)(A), Answers to the Second Amended Complaint were due on June 23, 2021. On June 23, 2021, BelHealth and Linden Care filed a joint Motion to Extend Time to File Answer. A hearing on the joint motion has been scheduled for January 7, 2022, approximately thirty days before the non-expert fact discovery cut-off date of February 22, 2022. (Doc. Nos. 159; 191).

**The Insys Bankruptcy Proceeding**

Since Relator-Plaintiff filed her last status report, there have been several noteworthy developments in the Insys bankruptcy proceeding, *In re Insys Therapeutics, Inc.*, No. 19-11292-KG (Bankr. D. Del. June 10, 2019).

On April 19, 2021, the Liquidating Trustee of the Insys Liquidation Trust ("Trustee") filed his Tenth and Eleventh Omnibus Objections of the Insys Liquidation Trust to Claims (Substantive). (Bankr. Doc. No. 1589). The financial advisor to the Insys Liquidation Trust reviewed approximately 150 separate claims in each of the Omnibus Objections and determined that those claims were filed by holders of equity interests ("Equity Claims").

Based on this determination, the Trustee moved to have the Equity Claims reclassified as Class 13 Equity Interests under the Second Amended Joint Chapter 11 Plan of Liquidation of Insys Therapeutics, Inc. and Its Affiliated Debtors (the "Plan"). Since Class 13 Equity Interests were deemed cancelled as of February 18, 2020 (the "Effective Date"), the Trustee moved to have the Equity Claims identified in the Tenth and Eleventh Omnibus Objections disallowed in their entirety. On May 18, 2021, the Court entered an Order granting the Eleventh Omnibus Objection. (Bankr. Doc. No. 1670). On May 20, 2021, the Bankruptcy Court entered an Order granting the Trustee's Tenth Omnibus Objection. (Bankr. Doc. No. 1674).

On May 14, 2021, the Trustee filed his Twelfth Omnibus Objection of the Insys Liquidation Trust to Reclassify and Disallow Claims (Substantive). (Bankr. Doc. No. 1662). The financial advisor to the Insys Liquidation Trust identified three claims that were either misclassified or lacked supporting documentation. The financial advisor also reviewed approximately 99 claims and determined that they were Equity Claims. As such, the Trustee asserted that the Equity Claims should be reclassified as Class 13 Equity Interests under the Plan. Since Class 13 Equity Interests were deemed cancelled as of the Effective Date, the Trustee moved to have the Equity Claims in the Twelfth Omnibus Objection disallowed in their entirety. On June 14, 2021, the Court entered an Order granting the Twelfth Omnibus Objection. (Bankr. Doc. No. 1704).

On June 18, 2021, the Trustee filed his Thirteenth Omnibus Objection of the Insys Liquidation Trust to Reclassify and Disallow Claims (Substantive). (Bankr. Doc. No. 1707). The financial advisor to the Insys Liquidation Trust identified eleven claims that were reduced because the claimant: (a) overstated the amount owed; (b) was not an employee of the Debtors; or (c) did not provide goods to the Debtors within 20 days of the commencement of the action. The financial advisor also identified four misclassified claims; twelve no liability claims; and three Equity Claims. In the Thirteenth Omnibus Objection, the Trustee moved to reduce the amount of the overstated claims; modify the misclassified claims; and disallow and expunge the no liability claims and the Equity Claims.

On June 18, 2021, the Trustee filed his Fourteenth Omnibus Objection of the Insys Liquidation Trust to Reclassify and Disallow Claims (Substantive). (Bankr. Doc. No. 1708). The financial advisor to the Insys Liquidation Trust identified two claims that were amended and superseded; six claims for which insufficient documentation had been provided (five of the six were also objected to for being late filed); and six claims that were late filed (five of the six were also objected to for having insufficient documentation). In the Fourteenth Omnibus Objection, the Trustee moved to have all of the claims disallowed and expunged.

Since Relator-Plaintiff's last status report, the Trustee commenced additional adversary proceedings against various defendants by filing complaints titled, *Complaint to Avoid and Recover Preferential Transfers and Object to Claims*. Each complaint seeks to

(i) avoid preferential and/or fraudulent transfers made to the various defendants; (ii) recover the value of any transfers made during the 90-day period preceding the commencement of the Debtors' bankruptcy proceedings; (iii) recover the value of any unauthorized transfers that cleared the Debtors' bank accounts after the petition date, June 10, 2019; and/or (iv) object to any other claims asserted by the various defendants against the Debtors. (Bankr. Doc. Nos. 1585-1587; 1588; 1591-1596; 1598-1618; 1696-1699).

The following table lists the adversary proceedings commenced since Relator-Plaintiff's last status report. The plaintiff in each action is the Insys Liquidation Trust, by and through William Henrich, as Liquidating Trustee.

| Insys Bankruptcy Docket No. 19-11292 | Adversary No. | Defendant | Amount Sought to be Recovered |
|---|---|---|---|
| 1585 | 21-50319 | Blank Rome LLP | 19,465 |
| 1586 | 21-50320 | Duff & Phelps, LLC | 208,098 |
| 1587 | 21-50321 | Excite Pharma Services, LLC | 49,909 |
| 1588 | 21-50330 | Tab Technologies, LLC | 7,336 |
| 1591 | 21-50331 | Defense Health Agency | 391,097 |
| 1592 | 21-50336 | State of Mississippi - Division of Medicaid | 144,053 |
| 1593 | 21-50337 | Early Phase Services/Bioanalytical Services, LLC | 109,703 |
| 1594 | 21-50338 | U.S. Department of Homeland Security | 8,260 |
| 1595 | 21-50339 | Theodore A. Smith III | 58,335 |
| 1596 | 21-50340 | Sutter West Bay Hospitals | 25,000 |
| 1598 | 21-50341 | Datasite, LLC | 11,914 |
| 1599 | 21-50343 | Katten Muchin Rosenman LLP | 16,775 |

| | | | |
|---|---|---|---:|
| 1600 | 21-50344 | Lovelace Biomedical & Environmental Research Institute | 27,500 |
| 1601 | 21-50345 | Obiter Research, LLC | 276,461 |
| 1602 | 21-50346 | MC-21, LLC | 18,940 |
| 1603 | 21-50347 | Oliver Commissioning and Qualification, LLC | 42,840 |
| 1604 | 21-50348 | O'Neil Printing Inc. | 16,227 |
| 1605 | 21-50349 | Pall Corporation | 19,563 |
| 1606 | 21-50351 | Burgess J.W. Raby | 8,460 |
| 1607 | 21-50352 | Premier Healthcare Alliance, LP. | 23,800 |
| 1608 | 21-50353 | Burgess Information Systems, Inc. | 16,261 |
| 1609 | 21-50354 | Robert Half International Inc. | 10,000 |
| 1610 | 21-50355 | Professional Search Associates, L.C | 13,018 |
| 1611 | 21-50356 | Ryan Rapp & Underwood PLC | 16,107 |
| 1612 | 21-50357 | Proveris Scientific Corp. | 11,000 |
| 1613 | 21-50358 | PGx Consulting, LLC | 50,583 |
| 1614 | 21-50359 | Quinn Emanuel Urquhart & Sullivan, LLP | 90,232 |
| 1615 | 21-50360 | Cox Communications Arizona, LLC | 42,155 |
| 1616 | 21-50361 | ClinEdge LLC | 121,348 |
| 1617 | 21-50362 | CaremarkPCS Health LLC | 1,005,228 |
| 1618 | 21-50363 | Kramon & Graham, P.A. | 62,513 |
| 1696 | 21-50556 | Elizabeth Gurrieri | 750,000 |
| 1697 | 21-50557 | John N. Kapoor | 10,287,846 |
| 1698 | 21-50558 | Jeffrey Pearlman | 740,000 |
| 1699 | 21-50559 | Richard M. Simon | 855,000 |
| | | **Total:** | **$15,555,026** |

### Extension of Claims Deadline

On May 14, 2021, the Court entered an Order (Bankr. Doc. No.1661) granting the Trustee's Motion to Extend the Time to Object to All Claims. The Claims Objection Deadline was extended through January 28, 2022.

**The Trustee's Post-Confirmation Quarterly Report**

On April 2, 2021, the Trustee filed a Post-Confirmation Quarterly Report for the Period January 1, 2021 to March 31, 2021. (Bankr. Doc. No. 1564).  Attachment no. 2 of the Trustee's Report contains a Schedule Receipts and Disbursements for the reporting period, as well as post confirmation totals. *Id.* at 3.  A summary of the post-confirmation totals is as follows:   Cash (beginning of period) - $36,920,000; Income/Receipts - $16,116,758; Disbursements (Operating Expenses and Plan Payments) - $ 16,980,485; Turnover of Accounts Receivables- $794,672;[1] Cash (end of period) - $32,261,602. *Id.*

**The Insys Victims' Restitution Trust**

On April 27, 2021, the Trustee of the Insys Victims' Restitution Trust ("VRT Trustee") filed her Fifth Quarterly Report (Bankr. Doc. No. 1637) which provided financial information related to the Insys Victims Restitution Trust Agreement and an overview of the Trustee's work from January 1, 2021 through March 31, 2021.

The VRT Trustee reported, *inter alia*, that insurance counsel, at the Trustee's direction, delivered demand letters to multiple carriers and has actively engaged in negotiations with various carriers. *Id.* at 2. However, confidentiality-based restrictions

---

[1] This amount consists of accounts receivables from third parties which, pursuant to the Subsys Asset Purchase Agreement, are to be turned over to BTcP Pharma, LLC, the buyer of the Subsys Assets. Since these amounts are not property of the estate, they are not included as income or disbursements of the Trust.

9

prevent the VRT Trustee from publicly disclosing any additional details regarding the negotiations. *Id.* at 2-3.

The VRT Trustee also reported that approximately 80% of the "Class 9" Personal Injury Claims were submitted after the Bar Date. The Trustee indicated her intention to file omnibus claim objections seeking to have the Court disallow all claims submitted after the Bar Date. *Id.* at 3.

Exhibit A to the VRT Trustee's Fifth Quarterly Report (Bankr. Doc. No. 1637-1) contains a Statement of Cash Receipts and Disbursements from the inception date of the Insys Victims' Restitution Trust, February 18, 2020, through March 31, 2021. Total receipts were $1,002,811, and total disbursements amounted to $367,423. *Id.* As of March 31, 2021, the ending cash balance was $635,389. *Id.*

On May 14, 2021, the VRT Trustee filed her First Omnibus Objection (Non-Substantive) to Late-Filed Claims. (Bankr. Doc. Nos. 1664). The First Omnibus Objection identified one hundred claims that were not timely filed and sought to have the Court disallow and expunge them in their entirety. On June 8, 2021, the Court entered an Order granting the VRT Trustee's First Omnibus Objection. (Bankr. Doc. No. 1688).

On May 14, 2021, the VRT Trustee filed her Second, Third and Fourth Omnibus Objections (Non-Substantive) to Late-Filed Claims. (Bankr. Doc. Nos. 1665, 1666 and 1667, respectively). Each of the Omnibus Objections identified one hundred claims that were not timely filed and sought to have the Court disallow and expunge them in their

entirety. On June 8, 2021, the Court entered Orders granting the Second, Third and Fourth Omnibus Objections. (Bankr. Doc. No. 1689, 1690 and 1691, respectively).

The VRT Trustee also filed her Fifth Omnibus Objection (Non-Substantive) to Late-Filed and Duplicative Claims on May 14, 2021. (Bankr. Doc. Nos. 1668). The Fifth Omnibus Objection identified thirteen claims that were not timely filed and thirteen duplicative claims. The Fifth Omnibus Objection sought to have both the untimely and duplicative claims disallowed and expunged in their entirety. On June 8, 2021, the Court entered an Order granting the Fifth Omnibus Objection. (Bankr. Doc. No. 1692).

Relator-Plaintiff will file a status report within 90 days of this report, or more promptly if warranted by significant events in the Insys bankruptcy proceeding.

Respectfully submitted,

**MILLER SHAH LLP**

Dated: July 1, 2021

/s/ *Kolin C. Tang*
KOLIN C. TANG (SBN 279834)
kctang@millershah.com
19712 MacArthur Blvd.
Irvine, CA 92612
Phone: (866) 540-5505
Fax: (866) 300-7367

**KANG HAGGERTY & FETBROYT LLC**
EDWARD T. KANG, Esquire
ekang@kanghaggerty.com
KANDIS L. KOVALSKY, Esquire
kkovalsky@kanghaggerty.com

11

123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
Facsimile: 215-525-5860

**McELDREW YOUNG PURTELL**
Attorneys-at-Law
ERIC L. YOUNG, Esquire
eyoung@mceldrewyoung.com
BRANDON J. LAURIA, Esquire
blauria@mceldrewyoung.com
PAUL V. SHEHADI, Esquire
paul@mceldrewyoung.com
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
Telephone: 215-367-5151
Facsimile: 215-367-5143

**RICHARD J. HOLLAWELL & ASSOCIATES**
RICHARD J. HOLLAWELL, Esquire
rjh@richardhollawell.com
121 Saratoga Lane
Woolwich Twp., NJ 08085
Telephone: 215-498-8609
Facsimile: 856-467-5101

*Attorneys for Relator-Plaintiff Melina Ebu-Isaac*