**KANG HAGGERTY & FETBROYT, LLC**
EDWARD T. KANG, Esquire
ekang@kanghaggerty.com
KANDIS L. KOVALSKY, Esquire
kkovalsky@kanghaggerty.com
SUSAN MOON O, Esquire
so@kanghaggerty.com
KYLE GARABEDIAN, Esquire
kgarabedian@kanghaggerty.com
ROSS M. WOLFE, Esquire
rwolfe@kanghaggerty.com
123 S. Broad St., Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
Facsimile: 215-525-5860

*Counsel for Relator-Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. MELINA EBU-ISAAC AND THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, THE CITY OF CHICAGO AND THE DISTRICT OF COLUMBIA,<br><br>        Relator-Plaintiff,<br>    v. | Case No. 2:16-cv-07937-JLS(ASx)<br><br>Hon. Alka Sagar<br><br>**SUPPLEMENTAL PROTECTIVE ORDER** |

| | |
|---|---|
| INSYS THERAPEUTICS, INC. and LINDEN CARE, LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, and BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR, | |
| Defendants. | |

Relator-Plaintiff, Defendants, and non-party Prime Therapeutics LLC ("Prime"), each by and through their counsel (collectively, the "Parties"), would show:

WHEREAS, on April 19, 2021, the Court entered the Stipulated Protective Order ("Order") to govern the production and use of Confidential Information as defined in that Order;

WHEREAS, Relator-Plaintiff has served subpoenas dated June 15, 2021 and September 9, 2021 on Prime in connection with the above-captioned litigation (the "Subpoenas") requesting the production of sensitive information from Prime;

WHEREAS, Prime has objected to the production of sensitive documents and information requested in the Subpoenas without additional protections designed to prevent competitive harm to Prime that would occur in the event Prime's competitors and/or others were to gain access to sensitive information contained in material designated as Confidential by Prime;

The Parties hereby stipulate and agree as follows:

1. Prime may designate any documents it produces in response to Subpoenas issued in this case as "Confidential" under the terms of the Order.

2. Notwithstanding the preceding paragraph or the terms of the Order, absent prior written consent of Prime or further order of the Court:

(a) Documents or information, or any portions thereof, designated as Confidential produced by Prime in response to the Subpoenas, may not be disclosed by Parties to any other known pharmacy benefit manager, prescription drug manufacturer, or pharmacy, or any known employee or agent of any such entity or trade/professional association known to represent any such entity.

(b) The prohibitions in paragraph 2(a) do not apply to outside counsel for the Parties.

3. If the Court authorizes or compels any party to disclose Confidential documents or information in contravention of paragraph 2 above, then the redaction requirements set forth in this paragraph will apply. Plaintiffs and Defendants will redact the following information from any documents or other information designated as Confidential by Prime before sharing with third parties covered by paragraphs 7.2 (b), (c), (e), and (j): (1) the name(s) of any pharmacy or drug manufacturer and (2) the identifiers, including any derivatives, of "Prime Therapeutics LLC" and "Prime."  With regard to redacting pharmacy or manufacturer names, and for the avoidance of doubt, neither Plaintiffs nor Defendants will be required to make the redactions contemplated in the previous sentence if such redactions would impair their ability to prove or disprove any claim, issue, element, or defense in this Action.

4. In accordance with the Order, Plaintiffs and Defendants agree to take appropriate steps to file under seal any documents or information produced and designated as Confidential by Prime and to take necessary steps to keep such documents or information sealed.

5. Except as stated, nothing herein supersedes any other provisions or requirements set forth in the Order.

6. This Order shall have no effect on documents and information not produced by Prime in response to the Subpoenas.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **KANG HAGGERTY & FETBROYT, LLC** |
| /s/*Mike Cross* | */s/ Kyle Garabedian* |
| WILLIAM J. LEONE | EDWARD T. KANG |
| William.leone@nortonrosefulbright.com | ekang@kanghaggerty.com |
| 1301 Avenue of the America | KANDIS L. KOVALSKY |
| New York, NY 10019 | kkovalsky@kanghaggerty.com |
| Telephone: 212-318-3400 | SUSAN MOON O |
| Facsimile: 212-318-3400 | so@kanghaggerty.com |
| MIKE CROSS | KYLE GARABEDIAN |
| mike.cross@nortonrosefulbright.com | kgarabedian@kanghaggerty.com |
| 1225 17th St., Denver, CO 80202 | 123 S. Broad St., Suite 1670 |
| Telephone: 303-801-2761 | Philadelphia, PA 19109 |
| Facsimile: 303-801-2777 | Telephone: 215-525-5850 |
| CHAKAMEH GANJI (SBN 311720) | Facsimile: 215-525-5860 |
| Chakameh.ganji@nortonrosefulbright.com | |
| 55 South Flower Street, | **McELDREW YOUNG,** |
| Forty First Floor | **Attorneys-at-Law** |
| Los Angeles, CA 90071 | ERIC L. YOUNG |
| Telephone: 213-892-9200 | eyoung@mceldrewyoung.com |
| Facsimile: 213-892-9494 | BRANDON J. LAURIA, Esquire |
| | blauria@mceldrewyoung.com |
| ***Attorneys for Defendants Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Harold Blue, Inder Tallur, and Dennis Drislane*** | PAUL V. SHEHADI |
| | paul@mceldrewyoung.com |
| | 123 S. Broad Street, Suite 2250 |
| | Philadelphia, PA 19109 |
| | Telephone: 215-367-5151 |
| | Facsimile: 215-367-5143 |
| **FRIER & LEVITT, LLC** | |
| */s/ Kendra E. Pannitti* | **RICHARD J. HOLLAWELL** |
| JONATHAN E. LEVITT | **& ASSOCIATES** |
| jlevitt@frierlevitt.com | RICHARD J. HOLLAWELL |
| 84 Bloomfield Avenue | rjh@richardhollawell.com |
| Pine Brook, NJ 07058 | 121 Saratoga Lane |
| KENDRA E. PANNITTI | |

| | |
|---|---|
| kpannitti@frierlevitt.com<br>101 Greenwich Street, Suite 8B<br>New York, NY 10006<br>Telephone: 973-618-1660<br>Facsimile: 973-618-0650<br><br>**FENTON LAW GROUP, LLP**<br>NICHOLAS D. JURKOWITZ (SBN 261283)<br>njurkowitz@fentonlawgroup.com<br>1900 S. Bundy Drive #77<br>Los Angeles, CA 90025<br>Telephone: 310-444-5244<br>Facsimile: 310-444-5280<br><br>*Attorneys for Defendants Linden Care, LLC, Linden Care, Inc., Linden Care Holdings, Inc., Quick Care Pharmacy, Inc.*<br><br>DATED: October 27, 2021 | Woolwich Twp., NJ 08085<br>Telephone: 215-498-8609<br>Facsimile: 856-467-5101<br><br>**MILLER SHAH LLP**<br>KOLIN C. TANG<br>(SBN 279834)<br>kctang@millershah.com<br>19712 MacArthur Boulevard<br>Suite 222<br>Telephone: 323-510-4060<br><br>*Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)*<br><br>DATED: October 27, 2021<br><br>**PRIME THERAPEUTICS, LLC**<br>*/s/ Bryan D. Huffman*<br>BRYAN D. HUFFMAN<br>bryan.huffman@primetherapeutics.com<br>2900 Ames Crossing Road<br>Eagan, MN 55121<br>Telephone: 612-777-5199<br><br>*Attorney for Non-Party Prime Therapeutics, LLC*<br><br>DATED: October 27, 2021 |

**IT IS SO ORDERED.**

**DATED:** October 28, 2021

                                              _____/ s / Sagar_____
                                              Honorable Alka Sagar
                                              United States Magistrate Judge