**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Phone: 323-510-4060
Fax: 866-300-7367
kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>Relator-Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE, LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, and BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**JOINT REPORT OF STATUS OF MEDIATION** |

Relator-Plaintiff, Melina Ebu-Isaac ("Relator-Plaintiff"), and Defendants, Linden Care LLC, Linden Care, Inc., Linden Care Holdings, Inc., Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Quick Care Pharmacy, Inc., Harold Blue, Dennis Drislane, and Inder Tallur (collectively, "Defendants") (Relator-Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel, jointly submit to the Court this report of the status of mediation among the Parties.

On January 24, 2022, the Parties participated in mediation before Judge (Ret.) Shira A. Scheindlin. At the conclusion of the mediation, the Parties reached an agreement in principle to settle all claims against Defendants in this matter, subject to the approval of the federal and plaintiff-state governments. The Parties are currently working with counsel for the federal and plaintiff-state governments to obtain their consent to the settlement.

The Parties further agreed to jointly prepare and finalize a settlement agreement by February 7, 2022. The Parties intend to use their best efforts to prepare a finalized settlement agreement that is satisfactory to all the Parties. However, should the Parties find themselves unable to reach an agreement as to any of the specific terms of the settlement agreement, Judge (Ret.) Scheindlin has offered to mediate and/or arbitrate any such issues.

The Parties are working diligently to finalize the settlement agreement and intend to continue to do so until a finalized agreement is executed. The Parties will promptly file a status report with this Court as warranted by any significant developments in the settlement process.

DATED: January 31, 2022

**NORTON ROSE FULBRIGHT US LLP**

*/s/ William J. Leone*
WILLIAM J. LEONE
William.leone@nortonrosefulbright.com
1301 Avenue of the America

**KANG HAGGERTY & FETBROYT LLC**

*/s/ Kandis L. Kovalsky*
EDWARD T. KANG
ekang@kanghaggerty.com

New York, NY 10019
Telephone: 212-318-3400
Facsimile: 212-318-3400

**NORTON ROSE FULBRIGHT US LLP**
55 South Flower Street,
Forty First Floor
Los Angeles, CA 90071
Telephone: 213-892-9200
Facsimile: 213-892-9494

***Attorney for Defendants Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP***

**FRIER & LEVITT, LLC**

*/s/ Jonathan E. Levitt*
JONATHAN E. LEVITT
jlevitt@frierlevitt.com
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: 973-618-1660
Facsimile: 973-618-0650
KENDRA E. PANNITTI
kpannitti@frierlevitt.com
101 Greenwich Street, Suite 8B
New York, NY 10006
Telephone:
Facsimile:

**FENTON LAW GROUP, LLP**

*/s/ Nicholas D. Jurkowitz*
NICHOLAS D. JURKOWITZ (SBN 261283)
njurkowitz@fentonlawgroup.com
1900 S. Bundy Drive #77
Los Angeles, CA 90025
Telephone: 310-444-5244

KANDIS L. KOVALSKY
kkovalsky@kanghaggerty.com
SUSAN MOON O
so@kanghaggerty.com
KYLE GARABEDIAN
kgarabedian@kanghaggerty.com
ROSS M. WOLFE
rwolfe@kanghaggerty.com
123 S. Broad St., Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
Facsimile: 215-525-5860

**McELDREW YOUNG, Attorneys-at-Law**
ERIC L. YOUNG
eyoung@mceldrewyoung.com
PAUL V. SHEHADI
paul@mceldrewyoung.com
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
Telephone: 215-367-5151
Facsimile: 215-367-5143

**RICHARD J. HOLLAWELL & ASSOCIATES**
RICHARD J. HOLLAWELL
rjh@richardhollawell.com
121 Saratoga Lane
Woolwich Twp., NJ 08085
Telephone: 215-498-8609
Facsimile: 856-467-5101

**MILLER SHAH LLP**
KOLIN C. TANG (SBN 279834)
kctang@millershah.com
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: 323-510-4060
Facsimile: 866-300-7367

Facsimile: 310-444-5280

***Attorneys for Defendants Linden Care, LLC, Linden Care, Inc., and Linden Care Holdings, Inc.***

***Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)***

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 31, 2022

*/s/ Kolin C. Tang*
Kolin C. Tang