**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Phone: 323-510-4060
Fax: 866-300-7367
kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>        Relator-Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>        Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**RELATOR-PLAINTIFF'S NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Relator-Plaintiff, Melina Ebu-Isaac ("Relator-Plaintiff"), and Defendants, Linden Care LLC, Linden Care, Inc., Linden Care Holdings, Inc., Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Quick Care Pharmacy, Inc., Harold Blue, Dennis Drislane, and Inder Tallur (collectively, "Defendants") (Relator-Plaintiff and Defendants, collectively, the "Parties"), have, as set forth in the Parties' Joint Report of Status of Mediation [ECF No. 249], agreed in principle to settle this matter. The Parties continue to work with counsel for the federal and plaintiff-state governments to obtain their consent to the settlement and to jointly prepare and finalize the settlement agreement.

Relator-Plaintiff submits this Notice pursuant to the Court's Procedure No. 19 and to avoid any confusion as to the status of this matter. In addition, Relator-Plaintiff seeks relief from the deadlines currently still pending in this matter, and requests the Court enter a stay pursuant to the Court's Procedure No. 19 and/or the Joint Stipulation with [proposed] Order to Stay Proceedings and Vacate Scheduling Order at ECF No. 248 [ECF No. 250] filed by the Parties on February 23, 2022.

DATED: February 28, 2022                              Respectfully submitted,

                                                     **MILLER SHAH LLP**

                                                     */s/ Kolin C. Tang*
                                                     KOLIN C. TANG (SBN 279834)
                                                     kctang@millershah.com
                                                     19712 MacArthur Boulevard, Suite 222
                                                     Irvine, CA 92612
                                                     Telephone: 323-510-4060
                                                     Facsimile: 866-300-7367

**KANG HAGGERTY & FETBROYT, LLC**
EDWARD T. KANG
ekang@kanghaggerty.com
KANDIS L. KOVALSKY
kkovalsky@kanghaggerty.com
SUSAN MOON O
so@kanghaggerty.com
KYLE GARABEDIAN
kgarabedian@kanghaggerty.com
ROSS M. WOLFE
rwolfe@kanghaggerty.com
123 S. Broad St., Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
Facsimile: 215-525-5860

**McELDREW YOUNG, Attorneys-at-Law**
ERIC L. YOUNG
eyoung@mceldrewyoung.com
PAUL V. SHEHADI
paul@mceldrewyoung.com
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
Telephone: 215-367-5151
Facsimile: 215-367-5143

**RICHARD J. HOLLAWELL & ASSOCIATES**
RICHARD J. HOLLAWELL
rjh@richardhollawell.com
121 Saratoga Lane
Woolwich Twp., NJ 08085
Telephone: 215-498-8609
Facsimile: 856-467-5101

*Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)*