**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Phone: 323-510-4060
Fax: 866-300-7367
kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>        Relator-Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>        Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Relator-Plaintiff, Melina Ebu-Isaac ("Relator-Plaintiff"), and Defendants, Linden Care LLC, Linden Care, Inc., Linden Care Holdings, Inc., Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Quick Care Pharmacy, Inc., Harold Blue, Dennis Drislane, and Inder Tallur (collectively, "Defendants") (Relator-Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel, jointly submit to the Court this status report regarding their work to fully memorialize the terms of the Parties' settlement pursuant to the Court's September 12, 2022 Order [ECF No. 256].

As set forth in the Parties' January 31, 2022 Joint Report of Status on Mediation [ECF No. 249] and February 23, 2022 Joint Stipulation with [proposed] Order to Stay Proceedings and Vacate Scheduling Order at ECF No. 248 [ECF No. 250], the Parties reached an agreement to settle all claims against Defendants in this matter at the conclusion of a mediation session before Judge (Ret.) Shira A. Scheindlin on January 24, 2022, subject to arriving at mutually acceptable language to address any concerns of the federal and plaintiff-state governments (the "Government"). As explained in the prior status report dated June 23, 2022 [ECF No. 254], this action alleges violations of the federal False Claims Act ("FCA") and its state law and city ordinance counterparts, so the federal government and the plaintiff-states are the real parties in interest and therefore, it is important that the Parties ensure that their settlement contains mutually acceptable language that addresses any concerns of those government entities. *See, e.g.,* 31 U.S.C. § 3730(b)(1).

The Parties continue to work with representatives of the federal government, the plaintiff-states and the municipalities towards a final resolution. As a result of the multiplicity of government entities involved and the significance of the settlement, however, the Parties have not yet been able finalize the precise language of the settlement agreement that is satisfactory to all stakeholders. The Parties also expect that the various


states represented in this action will respond in full with respect to certain recommendations by the designated coordinating state representatives for the National Association of Medicaid Fraud Control Units ("NAMFCU"), which represents the various states' Medicaid Fraud Control Units ("MFCUs") across the country with their positions regarding the settlement on or about October 14, 2022.  Substantial progress has and continues to be made, and the Parties request an additional ninety (90) days to resolve all outstanding issues and obtain the necessary federal, state, and municipal approvals.  Furthermore, as previously noted, the Parties anticipate enlisting the further services of Judge (Ret.) Scheindlin, who served as the Parties' private mediator, to resolve any impasse between the Parties on any remaining provisions of the settlement papers.

      Accordingly, the Parties jointly request that they be permitted to submit appropriate settlement papers resolving this matter within the next ninety (90) days or, in the alternative, an additional status report ninety (90) days from this date on December 20, 2022.  In addition, the Parties request that the current stay be maintained while the parties work to complete the necessary settlement papers to fully effectuate their agreement.

DATED:  September 21, 2022

| **NORTON ROSE FULBRIGHT US LLP** | **KANG HAGGERTY & FETBROYT, LLC** |
|---|---|
| */s/ William J. Leone* <br> WILLIAM J. LEONE <br> William.leone@nortonrosefulbright.com <br> JACOB LAKSIN <br> jacob.laksin@nortonrosefulbright.com <br> 1301 Avenue of the America <br> New York, NY 10019 <br> Telephone: 212-318-3400 <br> Facsimile: 212-318-3400 <br><br> **NORTON ROSE FULBRIGHT US LLP** | */s/ Kandis L. Kovalsky* <br> EDWARD T. KANG <br> ekang@kanghaggerty.com <br> KANDIS L. KOVALSKY <br> kkovalsky@kanghaggerty.com <br> SUSAN MOON O <br> so@kanghaggerty.com <br> KYLE GARABEDIAN <br> kgarabedian@kanghaggerty.com <br> 123 S. Broad St., Suite 1670 <br> Philadelphia, PA 19109 <br> Telephone: 215-525-5850 <br> Facsimile: 215-525-5860 |

| | |
|---|---|
| CHAKAMEH GANJI (SBN 311720)<br>Chakameh.ganji@nortonrosefulbright.com<br>55 South Flower Street,<br>Forty First Floor<br>Los Angeles, CA 90071<br>Telephone: 213-892-9200<br>Facsimile: 213-892-9494<br><br>***Attorneys for Defendants Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP***<br><br>**FRIER & LEVITT, LLC**<br><br>*/s/ Jonathan E. Levitt*<br>JONATHAN E. LEVITT<br>jlevitt@frierlevitt.com<br>84 Bloomfield Avenue<br>Pine Brook, NJ 07058<br>Telephone: 973-618-1660<br>Facsimile: 973-618-0650<br>KENDRA E. PANNITTI<br>kpannitti@frierlevitt.com<br>101 Greenwich Street, Suite 8B<br>New York, NY 10006<br>Telephone:<br>Facsimile:<br><br>**FENTON LAW GROUP, LLP**<br><br>*/s/ Nicholas D. Jurkowitz*<br>NICHOLAS D. JURKOWITZ (SBN 261283)<br>njurkowitz@fentonlawgroup.com<br>1900 S. Bundy Drive #77<br>Los Angeles, CA 90025<br>Telephone: 310-444-5244<br>Facsimile: 310-444-5280 | **McELDREW YOUNG, Attorneys-at-Law**<br>ERIC L. YOUNG<br>eyoung@mceldrewyoung.com<br>PAUL V. SHEHADI<br>paul@mceldrewyoung.com<br>123 S. Broad Street, Suite 2250<br>Philadelphia, PA 19109<br>Telephone: 215-367-5151<br>Facsimile: 215-367-5143<br><br>**RICHARD J. HOLLAWELL & ASSOCIATES**<br>RICHARD J. HOLLAWELL<br>rjh@richardhollawell.com<br>121 Saratoga Lane<br>Woolwich Twp., NJ 08085<br>Telephone: 215-498-8609<br>Facsimile: 856-467-5101<br><br>**MILLER SHAH LLP**<br>KOLIN C. TANG (SBN 279834)<br>kctang@millershah.com<br>19712 MacArthur Boulevard, Suite 222<br>Irvine, CA 92612<br>Telephone: 323-510-4060<br>Facsimile: 866-300-7367<br><br>***Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)*** |

JOINT STATUS REPORT
-4-

1  *Attorneys for Defendants Linden Care,*
2  *LLC, Linden Care, Inc., and Linden Care Holdings, Inc.*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: September 21, 2022        *Kolin C. Tang*
                                  Kolin C. Tang