**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Phone: 323-510-4060
Fax: 866-300-7367
kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>                    Relator-Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>                    Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Relator-Plaintiff, Melina Ebu-Isaac ("Relator-Plaintiff"), and Defendants, Linden Care LLC, Linden Care, Inc., Linden Care Holdings, Inc., Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Quick Care Pharmacy, Inc., Harold Blue, Dennis Drislane, and Inder Tallur (collectively, "Defendants") (Relator-Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel, jointly submit to the Court this status report regarding their work to fully memorialize the terms of the Parties' settlement pursuant to their prior status report dated September 21, 2022 Order [ECF No. 258].

As set forth in the Parties' January 31, 2022 Joint Report of Status on Mediation [ECF No. 249] and February 23, 2022 Joint Stipulation with [proposed] Order to Stay Proceedings and Vacate Scheduling Order at ECF No. 248 [ECF No. 250], the Parties reached an agreement to settle all claims against Defendants in this matter at the conclusion of a mediation session before Judge (Ret.) Shira A. Scheindlin on January 24, 2022, subject to arriving at mutually acceptable language to address any concerns of the federal and plaintiff-state governments (the "Government"). As explained in the prior status report dated June 23, 2022 [ECF No. 254], this action alleges violations of the federal False Claims Act ("FCA") and its state law and city ordinance counterparts, so the federal government and the plaintiff-states are the real parties in interest and therefore, it is important that the Parties ensure that their settlement contains mutually acceptable language that addresses any concerns of those government entities. *See, e.g.,* 31 U.S.C. § 3730(b)(1).

The Parties have continued to work diligently with representatives of the federal government, the plaintiff-states, and the municipalities since the prior status report was filed, and are close to obtaining complete approval from the Government. All issues have been resolved in principal but for one plaintiff-state, and the Parties are singularly focused on reaching agreement on the precise settlement language with that plaintiff-state. As

such, and in light of the upcoming holidays, the Parties request an additional ninety (90) days to complete their discussions with that plaintiff-state and obtain its approval.  The Parties anticipate enlisting the further services of Judge (Ret.) Scheindlin, who served as the Parties' private mediator, to resolve any impasse between the Parties on any remaining provisions of the settlement papers and convening another mediation session in the next 30-60 days to accomplish the same.  In addition and as previewed in the prior status report, the Parties will continue coordinating with the remaining plaintiff-state's representative for the National Association of Medicaid Fraud Control Units ("NAMFCU"), which represents the various states' Medicaid Fraud Control Unites ("MFCUs") across the country.

      Accordingly, the Parties jointly request that they be permitted to submit appropriate settlement papers resolving this matter within the next ninety (90) days or, in the alternative, an additional status report ninety (90) days from this date on March 20, 2023.  In addition, the Parties request that the current stay be maintained while they work to complete the necessary settlement papers to fully effectuate their agreement.

DATED:  December 21, 2022

| NORTON ROSE FULBRIGHT US LLP | KANG HAGGERTY & FETBROYT, LLC |
|---|---|
| */s/ William J. Leone* <br> WILLIAM J. LEONE <br> William.leone@nortonrosefulbright.com <br> JACOB LAKSIN <br> jacob.laksin@nortonrosefulbright.com <br> 1301 Avenue of the America <br> New York, NY 10019 <br> Telephone: 212-318-3400 <br> Facsimile: 212-318-3400 <br><br> **NORTON ROSE FULBRIGHT US LLP** | */s/ Kandis L. Kovalsky* <br> EDWARD T. KANG <br> ekang@kanghaggerty.com <br> KANDIS L. KOVALSKY <br> kkovalsky@kanghaggerty.com <br> SUSAN MOON O <br> so@kanghaggerty.com <br> KYLE GARABEDIAN <br> kgarabedian@kanghaggerty.com <br> 123 S. Broad St., Suite 1670 <br> Philadelphia, PA 19109 <br> Telephone: 215-525-5850 <br> Facsimile: 215-525-5860 |

| | |
|---|---|
| CHAKAMEH GANJI (SBN 311720)<br>Chakameh.ganji@nortonrosefulbright.com<br>55 South Flower Street,<br>Forty First Floor<br>Los Angeles, CA 90071<br>Telephone: 213-892-9200<br>Facsimile: 213-892-9494<br><br>***Attorneys for Defendants Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP***<br><br>**FRIER & LEVITT, LLC**<br><br>*/s/ Jonathan E. Levitt*<br>JONATHAN E. LEVITT<br>jlevitt@frierlevitt.com<br>84 Bloomfield Avenue<br>Pine Brook, NJ 07058<br>Telephone: 973-618-1660<br>Facsimile: 973-618-0650<br>KENDRA E. PANNITTI<br>kpannitti@frierlevitt.com<br>101 Greenwich Street, Suite 8B<br>New York, NY 10006<br>Telephone:<br>Facsimile:<br><br>**FENTON LAW GROUP, LLP**<br><br>*/s/ Nicholas D. Jurkowitz*<br>NICHOLAS D. JURKOWITZ (SBN 261283)<br>njurkowitz@fentonlawgroup.com<br>1900 S. Bundy Drive #77<br>Los Angeles, CA 90025<br>Telephone: 310-444-5244<br>Facsimile: 310-444-5280 | **McELDREW YOUNG, Attorneys-at-Law**<br>ERIC L. YOUNG<br>eyoung@mceldrewyoung.com<br>PAUL V. SHEHADI<br>paul@mceldrewyoung.com<br>123 S. Broad Street, Suite 2250<br>Philadelphia, PA 19109<br>Telephone: 215-367-5151<br>Facsimile: 215-367-5143<br><br>**RICHARD J. HOLLAWELL & ASSOCIATES**<br>RICHARD J. HOLLAWELL<br>rjh@richardhollawell.com<br>121 Saratoga Lane<br>Woolwich Twp., NJ 08085<br>Telephone: 215-498-8609<br>Facsimile: 856-467-5101<br><br>**MILLER SHAH LLP**<br>KOLIN C. TANG (SBN 279834)<br>kctang@millershah.com<br>19712 MacArthur Boulevard, Suite 222<br>Irvine, CA 92612<br>Telephone: 323-510-4060<br>Facsimile: 866-300-7367<br><br>***Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)*** |

*Attorneys for Defendants Linden Care, LLC, Linden Care, Inc., and Linden Care Holdings, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: December 21, 2022          *Kolin C. Tang*
                                  Kolin C. Tang