**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (323) 510-4060
Facsimile:  (866) 300-7367
Email: kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>         Relator-Plaintiffs,<br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>         Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF SETTLEMENT, STIPULATION OF DISMISSAL, AND [PROPOSED] ORDER OF DISMISSAL** |

## NOTICE AND [PROPOSED] ORDER OF DISMISSAL

Relator Melina Ebu-Isaac ("Relator") and Linden Care, LLC; Linden Care, Inc.; Linden Care Holdings, Inc.; Quick Care Pharmacy, Inc.; Belhealth Investment Partners, LLC; Belhealth Investment Management, LLC; Belhealth Investment Fund, LP; Harold Blue; Inder Tallur; and Dennis Drislane (collectively, "the Settling Defendants"), by and through their respective counsel, hereby respectfully notify the Court that the Relator and the Settling Defendants have entered into a settlement agreement (hereinafter the "Settlement Agreement") that resolves certain civil claims brought pursuant to the federal False Claims Act, 31 U.S.C. §3730, *et seq.* ("FCA"), and the state equivalents on behalf of the United States of America (the "United States"), and the States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Indiana, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oklahoma, Rhode Island, Tennessee, Virginia and Washington (hereafter collectively referred to as "Medicaid Participating States"), as well as the State of New York ("New York") and the City of Chicago ("Chicago"). The claims brought on behalf of the States of Florida, Georgia, Iowa, Louisiana, Montana, Texas, Vermont, and the District of Columbia (the "Non-Participating States") are not addressed in or resolved by the Settlement Agreement. The Settlement Agreement required the Settling Defendants to make specified payments of funds within a certain period of time and the United States, Medicaid Participating States, and City of Chicago have received those funds.

Pursuant to FCA §3730(b)(1), the equivalent state provisions, Federal Rule of Civil Procedure 41(a), and the terms and conditions of the Settlement Agreement, Relator and Defendants hereby stipulate consent and agree to the entry of an order providing as follows:

1. As to the Relator, the claims are dismissed with prejudice;
2. As to the United States, Medicaid Participating States, New York and the City of Chicago, the claims are dismissed with prejudice as to the Covered Conduct, as

defined in Recital C of the Settlement Agreement, and otherwise without prejudice; and

3. As to the Medicaid Non-Participating States, the claims are dismissed without prejudice.

The Medicaid Participating States, New York, the City of Chicago, and the Non-Participating States have stipulated to consent to dismissal as described herein under their respective statutes, and have authorized the filing of this stipulation on their behalf through counsel.

A proposed Order to be entered by the Court upon the filing of the United States' separate Notice of Consent to Dismissal is attached hereto.

DATED: May 30, 2023

**MILLER SHAH LLP**

/s/ Kolin C. Tang
KOLIN C. TANG (SBN 279834)
kctang@millershah.com
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: 323-510-4060
Facsimile: 866-300-7367

**KANG HAGGERTY & FETBROYT, LLC**
EDWARD T. KANG
ekang@kanghaggerty.com
KANDIS L. KOVALSKY
kkovalsky@kanghaggerty.com
SUSAN MOON O
so@kanghaggerty.com
KYLE GARABEDIAN
kgarabedian@kanghaggerty.com
123 S. Broad St., Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
Facsimile: 215-525-5860

**YOUNG LAW GROUP**
ERIC L. YOUNG
eyoung@young-lawgroup.com
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
Telephone: 215-367-5151
Facsimile: 215-367-5143

**RICHARD J. HOLLAWELL & ASSOCIATES**
RICHARD J. HOLLAWELL
rjh@richardhollawell.com
121 Saratoga Lane
Woolwich Twp., NJ 08085
Telephone: 215-498-8609
Facsimile: 856-467-5101

*Attorneys for Relator-Plaintiff Melina Spalter (Ebu-Isaac)*

**NORTON ROSE FULBRIGHT US LLP**

*/s/ William J. Leone*
WILLIAM J. LEONE
William.leone@nortonrosefulbright.com
JACOB LAKSIN
jacob.laksin@nortonrosefulbright.com
1301 Avenue of the America
New York, NY 10019
Telephone: 212-318-3400
Facsimile: 212-318-3400

NOTICE AND PROPOSED ORDER OF DISMISSAL

-4-

**NORTON ROSE FULBRIGHT US LLP**
CHAKAMEH GANJI (SBN 311720)
Chakameh.ganji@nortonrosefulbright.com
55 South Flower Street,
Forty First Floor
Los Angeles, CA 90071
Telephone: 213-892-9200
Facsimile: 213-892-9494

*Attorneys for Defendants Belhealth Investment Partners, LLC, Belhealth Investment Management, LLC, Belhealth Investment Fund, LP, Harold Blue, Inder Tallur, and Dennis Drislane*

**FRIER & LEVITT, LLC**

*/s/ Jonathan E. Levitt*
JONATHAN E. LEVITT
jlevitt@frierlevitt.com
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: 973-618-1660
Facsimile: 973-618-0650

**FENTON LAW GROUP, LLP**

*/s/ Nicholas D. Jurkowitz*
NICHOLAS D. JURKOWITZ (SBN 261283)
njurkowitz@fentonlawgroup.com
1900 S. Bundy Drive #77
Los Angeles, CA 90025
Telephone: 310-444-5244
Facsimile: 310-444-5280

*Attorneys for Defendants Linden Care, LLC, Linden Care, Inc., Linden Care Holdings, Inc., and Quick Care Pharmacy, Inc.*

NOTICE AND PROPOSED ORDER OF DISMISSAL

**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email: kctang@millershah.com

*Counsel for Relator-Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>   Relator-Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>   Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §3730(b)(1), and pursuant to the terms of the settlement agreement between Relator Melina Ebu-Isaac ("Relator") and Linden Care, LLC; Linden Care, Inc.; Linden Care Holdings, Inc.; Quick Care Pharmacy, Inc.; Belhealth Investment Partners, LLC; Belhealth Investment Management, LLC; Belhealth Investment Fund, LP; Harold Blue; Inder Tallur; and Dennis Drislane (collectively, "the Settling Defendants"), the parties have filed a Joint Notice of Settlement and Stipulation of Dismissal.  Upon Consideration of the Stipulation and Notices of Consent to Dismissal filed by the United States, named states, and City of Chicago it is **ORDERED** that:

1. As to the Relator, the operative complaint and claims asserted therein are dismissed with prejudice;
2. As to the United States, Medicaid Participating States, the State of New York and the City of Chicago, the operative complaint and claims asserted therein are dismissed with prejudice as to the Covered Conduct, as defined in Recital C of the Settlement Agreement, and otherwise without prejudice; and
3. As to the Medicaid Non-Participating States, the operative complaint and claims asserted therein are dismissed without prejudice.

IT IS SO ORDERED.

BY THE COURT:

_____
Josephine L. Stanton
United States District Judge

## ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 30, 2023                               *Kolin C. Tang*
                                                  Kolin C. Tang