BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
JACK D. ROSS (CBN 265883)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-7395; Fax: (213) 894-7819
    Email: jack.ross@usdoj.gov
JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
KRISTEN M. MURPHY
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-3041; Fax: (202) 307-3852
    Email: kristen.m.murphy@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>INSYS THERAPEUTICS, INC., LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BELHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, | No. 2:16-cv-07937-JLS-ASx<br><br>Hon. Josephine L. Staton<br><br>**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** |

1

AND INDER TALLUR.

        Defendants.

On May 30, 2023, relator Melina Ebu-Isaac ("Relator") filed a Notice of Dismissal of her *qui tam* claims against the above-captioned defendants ("Defendants") pursuant to a settlement agreement executed on May 4, 2023 (the "Settlement Agreement"). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and in consideration of defendants' payment of the federal portion of the FCA Settlement Amount set forth in Paragraph 1.A of the Settlement Agreement, to the United States, the United States hereby notifies the Court of its consent to dismissal of Relator's *qui tam* claims against Defendants with prejudice as to the Covered Conduct and otherwise without prejudice to the United States.

Dated: May 30 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
JACK D. ROSS
Assistant United States Attorney

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
KRISTEN M. MURPHY
Civil Division, Department of Justice

*s/ Kristen M. Murphy*

_____
KRISTEN M. MURPHY
Trial Attorney, United States Department of Justice

*Attorneys for the United States of America*