# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELINA EBU-ISAAC and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO and the DISTRICT OF COLUMBIA,<br><br>           Relator-Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, LINDEN CARE, INC., LINDEN CARE HOLDINGS, INC., BELHEALTH INVESTMENT PARTNERS, LLC, BEHEALTH INVESTMENT MANAGEMENT, LLC, BELHEALTH INVESTMENT FUND, LP, QUICK CARE PHARMACY, INC., HAROLD BLUE, DENNIS DRISLANE, and INDER TALLUR,<br><br>           Defendants. | CASE NO. 2:16-cv-07937-JLS-ASx<br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §3730(b)(1), and pursuant to the terms of the settlement agreement between Relator Melina Ebu-Isaac ("Relator") and Linden Care, LLC; Linden Care, Inc.; Linden Care Holdings, Inc.; Quick Care Pharmacy, Inc.; Belhealth Investment Partners, LLC; Belhealth Investment Management, LLC; Belhealth Investment Fund, LP; Harold Blue; Inder Tallur; and Dennis Drislane (collectively, "the Settling Defendants"), the parties have filed a Joint Notice of Settlement and Stipulation of Dismissal. Upon Consideration of the Stipulation and Notices of Consent to Dismissal filed by the United States, named states, and City of Chicago it is **ORDERED** that:

1. As to the Relator, the operative complaint and claims asserted therein are dismissed with prejudice;

2. As to the United States, Medicaid Participating States, the State of New York and the City of Chicago, the operative complaint and claims asserted therein are dismissed with prejudice as to the Covered Conduct, as defined in Recital C of the Settlement Agreement, and otherwise without prejudice; and

3. As to the Medicaid Non-Participating States, the operative complaint and claims asserted therein are dismissed without prejudice.

Dated: June 5, 2023

By: _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE